UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant - Appellee. | No. 26-5120<br><br>D.C. No.<br>5:25-cv-09792-EJD<br>Northern District of California, San Jose<br><br>ORDER |
| TIKTOK, INC. and TIKTOK USDS JOINT VENTURE, LLC,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant - Appellee. | No. 26-5121<br><br>D.C. No.<br>5:25-cv-09789-EJD<br>Northern District of California, San Jose |
| GOOGLE LLC and YOUTUBE, LLC,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ROB BONTA, In his official capacity as Attorney General of California,<br><br>Defendant - Appellee. | No. 26-5132<br><br>D.C. No.<br>5:25-cv-09795-EJD<br>Northern District of California, San Jose |

These appeals are consolidated.

The motion (Docket Entry No. 7 in 26-5120; Docket Entry No. 7 in 26-5121; Docket Entry No. 13 in 26-5132) to file a consolidated response to the motions for injunctive relief is granted.

The opening briefs are due September 8, 2026. The consolidated answering brief is due October 6, 2026. The optional reply briefs are due October 27, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT